# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JANINA MARIA TAYLOR,

    Plaintiff

v.

ANDREW SAUL,
Commissioner of
Social Security Administration,

    Defendant

Case No.: 3:20-cv-00157-WGC

**Order**

Plaintiff filed her application for leave to proceed *in forma pauperis (*and pro se complaint on March 10, 2020. (ECF Nos. 1, 1-1.) On March 25, 2020, the court entered an order granting the IFP application, allowing the complaint seeking review of the Commissioner's decision finding she is not disabled to proceed, and directing the U.S. Marshal to serve the complaint on the Commissioner. (ECF No. 4.)

Counsel appeared on behalf of the Commissioner on March 30, 2020, and filed an answer on June 25, 2020. (ECF Nos. 8, 11.) On June 26, 2020, the court also issued an order giving Plaintiff 30 days to file a motion for reversal and/or remand. (ECF No. 13.) No motion was timely filed. On January 12, 2021, the court gave Plaintiff an additional 30 days to file a motion for reversal and/or remand in compliance with the court's prior order. (ECF No. 15.) To date, Plaintiff has not filed a motion, and the court has received no other correspondence from the Plaintiff indicating an intent to further prosecute this action.

1         As a result of Plaintiff's failure to continue to prosecute this action, the case is

2 **DISMISSED WITHOUT PREJUDICE** and the Clerk shall administratively close this matter.

3

4 **IT IS SO ORDERED**.

5 Dated: March 23, 2021

6                          _William G. Cobb_____
                             William G. Cobb

7                              United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23